## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **ELIZABETH GOLDSMITH,** | § |
| | § |
| **Plaintiff,** | § Civil Action No. 6:18-cv-01178-CEM-DCI |
| | § |
| v. | § |
| | § |
| **KEISER UNIVERSITY,** | § |
| | § |
| **Defendant.** | § |
| | § |
| | § |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: March 1, 2019

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

      I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Justin C. Sorel
Cole, Scott & Kissane, PA
Esperante Building
222 Lakeview Ave Ste 120
West Palm Beach, FL 33401-6146
Phone: 561/383-9229
Fax: 561/683-8977
Email: justin.sorel@csklegal.com
Attorneys for Defendant

Dated: March 1, 2019        By: /s/ Amy L. Bennecoff Ginsburg
                                       Amy L. Bennecoff Ginsburg, Esq.
                                       Kimmel & Silverman, P.C.
                                       30 E. Butler Avenue
                                       Ambler, PA 19002
                                       Tel: 215-540-8888
                                       Fax: 215-540-8817
                                       aginsburg@creditlaw.com