# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ELIZABETH GOLDSMITH, | § |
| | § |
| Plaintiff, | §  Civil Action No. 6:18-CV-01178-CEM-DCI |
| | § |
| v. | § |
| | § |
| KEISER UNIVERSITY, | § |
| | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/* Justin C. Sorel

Justin C. Sorel, Esq.
Cole, Scott & Kissane, PA
Esperante Building
222 Lakeview Ave Ste 120
West Palm Beach, FL 33401-6146
Phone: 561-383-9229
Fax: 561/683-8977
Email: justin.sorel@csklegal.com
Attorney for the Defendant

Date: May 1, 2019

*/s/* Amy L. Bennecoff Ginsburg

Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: May 1, 2019

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Justin C. Sorel, Esq.
Cole, Scott & Kissane, PA
Esperante Building
222 Lakeview Ave Ste 120
West Palm Beach, FL 33401-6146
Phone: 561-383-9229
Fax: 561/683-8977
Email: justin.sorel@csklegal.com
Attorney for the Defendant

Dated: May 1, 2019                    By: /s/ Amy L. Bennecoff Ginsburg
                                      Amy L. Bennecoff Ginsburg, Esq.
                                      Kimmel & Silverman, P.C.
                                      30 E. Butler Avenue
                                      Ambler, PA 19002
                                      Tel: 215-540-8888
                                      Fax: 215-540-8817
                                      Email: teamkimmel@creditlaw.com
                                      Attorney for Plaintiff